**Electronically Filed**
**Supreme Court**
**SCWC-10-0000126**
**14-NOV-2014**
**10:00 AM**

SCWC-10-0000126

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

_____

JAMES LAURETA RETUTAL,
Petitioner/Plaintiff-Appellant,

vs.

SARAH KAMAILE RETUTAL, now known as Hatori,
Respondent/Defendant-Appellee.

_____

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-10-0000126; FC-D NO. 09-1-1130)

ORDER REJECTING APPLICATION FOR WRIT OF CERTIORARI
(By: Recktenwald, C.J., Nakayama, McKenna, Pollack, and Wilson, JJ.)

        Petitioner/Plaintiff-Appellant James Laureta Retutal's application for writ of certiorari filed on October 15, 2014, is hereby rejected.

        DATED: Honolulu, Hawaiʻi, November 14, 2014.

Scot Stuart Brower                     /s/ Mark E. Recktenwald
for petitioner
                                       /s/ Paula A. Nakayama

                                       /s/ Sabrina S. McKenna

                                       /s/ Richard W. Pollack

                                       /s/ Michael D. Wilson